IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

CINCINNATI SPECIALTY UNDERWRITERS
INSURANCE COMPANY,

    Plaintiff,

vs.                                               Civ. No. 15-572 KG/WPL

ALBUQUERQUE NAVAJO LODGE 863
I.B.P.O.E. OF W.,

    Defendant.

## DEFAULT JUDGMENT IN FAVOR OF PLAINTIFF

Having determined to enter default judgment in favor of Plaintiff Cincinnati Specialty Underwriters Insurance Company ("Cincinnati") by a Memorandum Opinion and Order entered contemporaneously with the Default Judgment in Favor of Plaintiff,

IT IS ORDERED that default judgment is entered in favor of Cincinnati on the claims brought in its declaratory judgment action.  (Doc. 3.)

                                                                     _____
                                                                      UNITED STATES DISTRICT JUDGE